**Order entered April 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01625-CR

**PETER JOHN ELLINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82711-09**

## ORDER

The Court **GRANTS** appellant's second motion for extension of time to file appellant's

brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/  CAROLYN WRIGHT
    CHIEF JUSTICE